**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

KIMBERLY STEWARD,

    Plaintiff,

v.                                                    Case No. 6:22-cv-12-WWB-EJK

SAGE SOFTWARE, INC.,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on Defendant's Motion to Compel Arbitration (Doc. 14). United States Magistrate Judge Embry J. Kidd issued a Report and Recommendation (Doc. 18), in which he recommends that Defendant's Motion be denied.

After an independent de novo review of the record, and noting that no objections were timely filed, this Court agrees entirely with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 18) is **ADOPTED** and **CONFIRMED** and made a part of this Order.//
2. Defendant's Motion to Compel Arbitration (Doc. 14) is **DENIED**.

**DONE AND ORDERED** in Orlando, Florida on October 31, 2022.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record